# UNITED STATES DISTRICT COURT

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA - DESIGNATION FORM** to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: _____234 E. Stearly Street  Philadelphia, PA 19111_____

Address of Defendant: _____Two PNC Plaza  620 Liberty Avenue  Pittsburgh, PA 15222_____

Place of Accident, Incident or Transaction: _____401 W. Tabor Rd. Philadelphia, PA_____

*(Use Reverse Side For Additional Space)*

Does this case involve multidistrict litigation possibilities:                                                                Yes ☐   No ☒
*RELATED CASE, IF ANY:*

Case Number: _____ Judge _____ Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?

                                                                                                                                  Yes ☐   No ☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?

                                                                                                                                  Yes ☐   No ☒

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?

                                                                                                                                  Yes ☐   No ☒

CIVIL: (Place ✓ in ONE CATEGORY ONLY)

| | | | |
|---|---|---|---|
| A. | *Federal Question Cases* | B. | *Diversity Jurisdiction Cases:* |
| 1. | ☐ Indemnity Contract, Marine Contract, and All Other Contracts | 1. | ☐ Insurance Contract and Other Contracts |
| 2. | ☐ FELA | 2. | ☐ Airplane Personal Injury |
| 3. | ☐ Jones Act-Personal Injury | 3. | ☐ Assault, Defamation |
| 4. | ☐ Antitrust | 4. | ☐ Marine Personal Injury |
| 5. | ☐ Patent | 5. | ☐ Motor Vehicle Personal Injury |
| 6. | ☐ Labor-Management Relations | 6. | ☐ Other Personal Injury (Please specify) |
| 7. | ☐ Civil Rights | 7. | ☐ Products Liability |
| 8. | ☐ Habeas Corpus | 8. | ☐ Products Liability – Asbestos |
| 9. | ☐ Securities Act(s) Cases | 9. | ☐ All other Diversity Cases |
| 10. | ☐ Social Security Review Cases | | (Please specify) |
| 11. | ☒ All other Federal Question Cases<br>ERISA | | |

## ARBITRATION CERTIFICATION
*(Check appropriate Category)*

I, _Kay Kyungsun Yu_____, counsel of record do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

☐ Relief other than monetary damages is sought.

DATE: _July 12, 2002_____                                                                                          ___83701_____
                                                 Attorney-at-Law                                                          Attorney I.D. #

**NOTE:** A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 28.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: _July 12, 2002_____                                                                                          ___83701_____
                                                 Attorney-at-Law                                                          Attorney I.D. #