IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLENE BUNTING | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION |
| | : NO. 02-CV-4647 |
| PNC FINANCIAL SERVICES GROUP | : |
| Defendant. | : |

## ORDER

The foregoing Joint Motion to Substitute Party Defendant, having been presented to this Court, it is hereby ORDERED: GRANTED / DENIED

                                                  Hutton, J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLENE BUNTING | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION |
| | : NO. 02-CV-4647 |
| PNC FINANCIAL SERVICES GROUP | : |
| Defendant. | : |

## JOINT MOTION TO SUBSTITUTE PARTY DEFENDANT

Plaintiff Charlene Bunting and Defendant PNC Financial Services Group ("PNC") respectfully request that PNC Bank Corp. and Affiliates Long Term Disability Plan ("the Plan") be substituted in place of PNC in this action and that PNC be dismissed as a defendant. In support of this Motion, the parties represent that Plaintiff initiated this action against PNC alleging entitlement to long term disability benefits under the Plan and that the proper defendant in a claim for benefits under the Employee Retirement Income Security Act of 1974, 29 U.S.C. §§ 1001, et seq., is the Plan, not PNC. Therefore, Plaintiff and PNC jointly consent to this Motion.

Allen M. Metzger (I.D. No. 0296O4)
Tenth Floor
1515 Locust Street
Philadelphia, PA 19102
(215) 732-1773
Attorney for Plaintiff Charlene Bunting

Dated: August 15, 2002

*[signature: Donna M. Orzell]*

Steven R. Wall (I.D. No. 39012)
Kay Kyungsun Yu (I.D. No. 83701)
Donna M. Orzell (I.D. No. 87831)
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-4928/5370/5574
Attorneys for Defendant
PNC Financial Services Group

Dated: August 15, 2002

## CERTIFICATE OF SERVICE

I, Donna M. Orzell, hereby certify that a true and correct copy of the foregoing Joint Motion to Substitute Party Defendant was served this 16th day of August 2002 by first-class mail, postage pre-paid upon:

>Allen M. Metzger
>Tenth Floor
>1515 Locust Street
>Philadelphia, PA 19102

*Donna M. Orzell*
Donna M. Orzell