IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLENE BUNTING | : CIVIL ACTION |
| v. | : |
| | : No. 02-4647 |
| PNC FINANCIAL SERVICES GROUP | : |
| | : |

**NOTICE OF ARBITRATION HEARING**

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on Friday, December 20, 2002.  **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107.  REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**  NOTE: Arbitrators shall not participate in settlement discussions.

Michael E. Kunz
Clerk of Court

By:_____
Stephen Sonnie
Deputy Clerk
Phone: 267-299-7074

Date: September 10, 2002

Copies:   Stephen Iannacone, Courtroom Deputy to Judge Hutton
          Docket Clerk - Case File

   Counsel:   Allen M. Metzger, Esq.
              Donna M. Orzell, Esq.
              Kay Kyungsun Yu, Esq.

ARB2.FRM