IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHARLENE BUNTING             :        CIVIL ACTION
                             :
        vs.                  :
                             :        NO. 02-4647
PNC FINANCIAL SERVICES GROUP

O R D E R

**AND NOW, TO WIT:** This 12th day of December , 2002, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court , it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**MICHAEL E. KUNZ**, Clerk of Court

**BY:**_____
Stephen J. Iannacone
Deputy Clerk

Civ 2 (8/2000)
41(b).frm